IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
File No.: 3:24-CV-747

| | |
|---|---|
| LATAWSHA D. BRADLEY, | )<br>) |
| Plaintiff, | )<br>) **NOTICE OF REMOVAL** |
| v. | )<br>) |
| FAIR COLLECTIONS & OUTSOURCING, INC., | )<br>)<br>) |
| Defendant. | ) |

TO: The United States District Court
for the Western District of North Carolina, Charlotte Division

**PLEASE TAKE NOTICE** that Defendant Fair Collections & Outsourcing, Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action to the United States District Court for the Western District of North Carolina, Charlotte Division. This removal is based upon the following grounds:

1. Plaintiff filed this action in Mecklenburg County District Court, North Carolina on July 12, 2024, file no. 24-CV-032000-590.

2. Defendant was served with the Summons and Complaint on July 16, 2024. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit A.

3. Defendant is removing this action within thirty (30) days, as required by 28

U.S.C. § 1446(b).

4. Removal is proper pursuant to 28 U.S.C. § 1331, because Plaintiff's suit suggests a cause of action arising under the laws of the United States, namely the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p. Plaintiff alleges that Defendant "violated a number of [her] rights as a consumer under the FDCPA." *See* Complaint, ¶ 4 A.

5. Further, Plaintiff appears to possess Article III standing, as she alleges that Defendant's "actions have caused multiple creditors to withdraw credit and close accounts." *See* Complaint, ¶ 4 D.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1441 because this District and Division embrace the location of the state court in which the removed action is pending.

7. Upon filing this Notice of Removal, Defendant will provide written notice of this filing to all parties and will promptly file this Notice of Removal with the clerk of the state court in which this action is pending.

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served prior to this removal are attached to this Notice.

9. Defendant files this Notice of Removal without waiving, and specifically reserving, any and all defenses it may have to Plaintiff's Complaint, including but not limited to defenses under Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Fair Collections & Outsourcing, Inc. prays that this action be removed to this Court for further proceedings as a properly removed action.

This the 15th day of August, 2024.

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
cenloe@smithdebnamlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed via the CM/ECF system and was served on all parties by depositing a copy of same in the United States mail, postage prepaid, addressed to the following:

Latawsha D. Bradley
2341 Apple Glen Lane
Charlotte, NC 28269
Ph: 585.503.9188
*Plaintiff pro se*

This the 15th day of August, 2024.

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
cenloe@smithdebnamlaw.com
*Counsel for Defendant*